**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ERIC MAVACHEV, an individual,
and JENNIFER SHAFIR, an individual,　　　CASE NO.: 24-CV-20417

　　　　Plaintiffs,

v.

XANDI GARCIA, an individual,
JOSSIE PINTADO MARTELL, an
individual, and DAVID ALCALDE,
an individual,

　　　　Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

　　　　COMES NOW, Zachary P. Hyman and the law firm of Millennial Law, Inc., as counsel for Plaintiffs, Eric Mavachev and Jennifer Shafir, pursuant to SDFL LR 11.1(g) and CM/ECF Administrative Procedures 3D, and gives notice of change of address. The new address is:

Zachary P. Hyman, Esq.
Millennial Law, Inc.
320 SE 11th Street
Fort Lauderdale, FL 33316
Phone: (954) 271-2719
Email: zach@millenniallaw.com
jessica@millenniallaw.com
assistant@millenniallaw.com

Respectfully submitted,

**MILLENNIAL LAW, INC.**
*Attorneys for Plaintiffs*
320 SE 11th Street
Fort Lauderdale, FL 33316
Phone: 954-271-2719

By: *s/ Zachary P. Hyman*
Zachary P. Hyman
Florida Bar No. 98581
zach@millenniallaw.com
jessica@millenniallaw.com
assistant@millenniallaw.com
millenniallawforms@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on this **20th** day of **March**, 2025, via the Court's CM/ECF system, and that a true and correct copy of was served upon the parties listed, in the manner specific, in the below Service List.

By: *s/ Zachary P. Hyman*
Zachary P. Hyman

## Service List

**Via U.S. Mail**

Xandi Garcia, *Defendant*
600 U.S. Highway 27 South
South Bay, Florida 33493

David Alcalde, *Defendant*
17835 SW 150th Court
Miami, Florida 33187

Jossie Pintado-Martell, *Defendant*
1980 Seagrape Ave
Pembroke Pines, Florida 33026