UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20417-MD

**ERIC MAVACHEV,** *et al.*,

    Plaintiffs,

v.

**XANDI GARCIA,** *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD
NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The record reflects that on February 25, 2025, Plaintiffs filed an Amended Complaint [ECF No. 38] after the Court's February 11, 2025 Order dismissing the original Complaint without prejudice [ECF No. 37]. Since that time, Plaintiffs have moved for Clerk's Entry of Default three times [ECF Nos. 41, 44, and 52], and each time, the Clerk filed a Non-Entry of Default on the grounds that the summons has not been returned executed on the docket with respect to the Amended Complaint. *See* ECF Nos. 42, 45, and 53. The last time Plaintiffs moved for Clerk's Entry of Default was almost two months ago, and the docket reflects no activity by Plaintiffs since that time. *See generally* docket.

This Court has the inherent authority to govern its proceedings. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). Such authority includes the power to dismiss a case for failure to prosecute under Fed. R. Civ. P. 41(b). *See id. See also Equity Lifestyle Props, Inc. v. Fla. Mowing & Landscape Servs., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers,* 501 U.S. at 43). *See also Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a

court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall show cause in writing **no later than June 19, 2025** why this action should not be dismissed for failure to prosecute.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 6th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**