UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC MAVACHEV, an individual,
and JENNIFER SHAFIR, an individual,                          CASE NO.: 24-CV-20417

      Plaintiffs,

v.

XANDI GARCIA, an individual,
JOSSIE PINTADO MARTELL, an
individual, and DAVID ALCALDE,
an individual,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Eric Mavachev and Jennifer Shafir (collectively, "*Plaintiffs*"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby file this Notice of Voluntary Dismissal Without Prejudice of claims against remaining Defendants, Xandi Garcia, Jossie Pintado Martell and David Alcalde.  Accordingly, Plaintiffs hereby voluntarily dismiss, without prejudice, the remaining claims and therefore, this action.

      Respectfully submitted,

      **MILLENNIAL LAW, INC.**
      *Attorneys for Plaintiffs*
      320 SE 11th Street
      Fort Lauderdale, Florida 33316
      Phone: 954-271-2719

      By: *s/ Zachary P. Hyman*
      Zachary P. Hyman
      Florida Bar No. 98581
      zach@millenniallaw.com
      jessica@millenniallaw.com
      assistant@millenniallaw.com
      millenniallawforms@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on this **17th** day of **June**, 2025, via the Court's CM/ECF system, and that a true and correct copy of was served upon the parties listed, in the manner specific, in the below Service List.

By: *s/ Zachary P. Hyman*
Zachary P. Hyman

### Service List

**Via CM/ECF Notification**

Roy J. Kahn, Esq.
Roy J. Kahn, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, Florida 33146
rjk@roykahnlaw.com
*Attorney for Defendants Maybel Sanchez & Mirta Lora*

Roberto R. Pardo, Esq.
Roberto R. Pardo, P.A.
9495 Sunset Drive, Suite B-230
Miami, Florida 33146
rpardo@pardolaw.com
*Trial Attorney for Defendant Orielys Sosa Cabrera*

**Via U.S. Mail**

Xandi Garcia, *Defendant*
600 U.S. Highway 27 South
South Bay, Florida 33493

David Alcalde, *Defendant*
17835 SW 150th Court
Miami, Florida 33187

Jossie Pintado-Martell, *Defendant*
1980 Seagrape Ave
Pembroke Pines, Florida 33026