UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20417-MD

**ERIC MAVACHEV,** *et al.*,

    Plaintiffs,
v.

**XANDI GARCIA,** *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon the Plaintiffs' Notice of Voluntary Dismissal without Prejudice [ECF No. 55] (the "Notice"), filed June 17, 2025, pursuant to which Plaintiffs dismiss the case against the remaining Defendants. Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action before the opposing party serves either an answer or a motion for summary judgment. Here, no answer nor motion for summary judgment was filed. *See generally* docket. Accordingly, based on the Notice, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE** the case, and any pending Motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 23rd day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**